UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 4, 2008

Clerk of Courts
140 West Sixth Street
Erie PA 16501

Re: <u>Donald Felix Biauce, Jr. v. Donald Vaughn</u>

Civil Action No. <u>02-135 Erie</u>

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Debra L. Mayo
Deputy Clerk

Enclosures

2008 SEP -5 A 11:56
CLERK OF RECORDS
CRIMINAL DIVISION
COUNTY COURTHOUSE
ERIE, PA 16501

RECEIVED
SEP - 8 2008